STATE v. I. J. SPARROW, JR.

(Filed 17 October, 1956.)

**Criminal Law § 81a—**

No appeal lies from the discretionary determination of application for new trial for newly discovered evidence.

JOHNSON, J., not sitting.

APPEAL by defendant from *Moore (Clifton L.), J.,* June Special Criminal Term, 1956, WAYNE Superior Court.

The Superior Court denied defendant's motion for a new trial on the ground of newly discovered evidence and the defendant appealed.

*Attorney-General Patton and Assistant Attorney-General McGalliard for the State.*

*Edmundson & Edmundson, LaRoque & Allen, and John G. Dawson for defendant, appellant.*

PER CURIAM. The case was before this Court at its Spring Term, 1956, and is reported *ante,* 81, 92 S.E. 2d 448. Upon the certification of this Court's opinion to the Superior Court of Wayne County, the defendant in apt time filed an affidavit and made a motion in the cause for a new trial upon the ground of newly discovered evidence. After hearing, the trial judge, in his discretion, denied the motion. "No appeal lies to this Court from the discretionary determination of an application for a new trial for newly discovered evidence." *S. v. Williams, ante,* 459. On the authority of that case and others therein cited, the appeal is

Dismissed.

JOHNSON, J., not sitting.